**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR 09-406-PHX-MHM |
| | ) | |
| Wesley Glen Forsyth, | ) | **DETENTION ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 28, 2009, defendant Wesley Glen Forsyth appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court. 18 U.S.C.§ 3148(b). Based upon Defendant's substance abuse history the Court does not believe that a half-way house placement is a possibility at this time for the reasons explained in detail on the record.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

DATED this 28th day of August, 2009.

_____
David K. Duncan
United States Magistrate Judge